UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ALBERT DAVIS,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 1:07-cv-1021

Judge Herman J. Weber
Magistrate Judge Timothy S. Black

### REPORT AND RECOMMENDATION[1] THAT THE PARTIES' JOINT REQUEST FOR A SENTENCE FOUR REMAND (Doc. 12) BE GRANTED, AND THIS CASE BE THEREFORE TERMINATED UPON THE DOCKET

For good cause shown, the undersigned **RECOMMENDS** that the parties' joint request for a sentence four remand (Doc. 12) be **GRANTED** and this case be **TERMINATED UPON THE DOCKET** by entry of judgment pursuant to Federal Rule of Civil Procedure 58.

The undersigned **FURTHER RECOMMENDS** that, pursuant to the parties' joint request, upon remand the administrative law judge will: (1) allow Plaintiff the opportunity to testify at a supplemental hearing; (2) further evaluate the medical source opinions in the record and articulate the weight accorded to each and the rationale for the weight accorded; and (3) further evaluate Plaintiff's allegations as to symptoms and any limitations resulting from pulmonary, gastrointestinal, or other impairments, in accordance with 20 C.F.R. § 404.1529(c).

Date: July 7, 2008

s/ Timothy S. Black
Timothy S. Black
United States Magistrate Judge

---

[1] Attached hereto is a NOTICE to the parties regarding objections to this Report and Recommendation.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

ALBERT DAVIS,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 1:07-cv-1021

Judge Herman J. Weber
Magistrate Judge Timothy S. Black

**NOTICE**

Attached hereto is the Report and Recommended Decision of the Honorable Timothy S. Black, United States Magistrate Judge.  Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within ten (10) days after being served with this Report and Recommendation.  Pursuant to Fed. R. Civ. P. 6(e), this period is automatically extended to thirteen (13) days (excluding intervening Saturdays, Sundays, and legal holidays) because this Report is being served by mail, and may be extended further by the Court on timely motion for an extension.  Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections.  A party may respond to another party's objections within ten (10) days after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See United States v. Walters,* 638 F.2d 947 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985).