1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ALBERT DAVIS,

        Plaintiff

v.                                             C-1-07-1021

COMMISSIONER OF SOCIAL SECURITY,

        Defendant

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 13) to which neither party has objected and upon the parties' Joint Motion to Remand (doc. no. 12).

Upon a *de novo* review of the record, the Court finds that the Magistrate Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. This Court accepts the Report as uncontroverted. The Report and Recommendation is **ADOPTED AND INCORPORATED** herein.

Accordingly, for the reasons stated in the Report and Recommendation (doc. no. 13), the parties' Joint Motion for a Sentence Four Remand is **GRANTED**. This case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

                                          s/Herman J. Weber
                                  Herman J. Weber, Senior Judge
                                      United States District Court